**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED

JUN 2 5 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**


**V.**                                          INDICTMENT NO. 6:26-Cr-90-REW
                                                **21 U.S.C. § 846**


**EDDIE L. LATHAM and**
**BOBBY L. GOFF**


\* \* \* \* \*


**THE GRAND JURY CHARGES:**


Beginning on or about a date in April 2026, and continuing through on or about April 29, 2026, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**EDDIE L. LATHAM and**
**BOBBY L. GOFF**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **EDDIE L. LATHAM** committed the offense charged in this count, **EDDIE L. LATHAM** had a final conviction for a serious drug felony, namely, a conviction under KRS § 218A.1412, Trafficking in a Controlled Substance, First Degree, First Offense, over two (2) grams of methamphetamine, for which he served more than 12 months of

imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before **BOBBY L. GOFF** committed the offense charged in this count, **BOBBY L. GOFF** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute a Methamphetamine Mixture, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**A TRUE BILL**



**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

## **PENALTIES**

Not less than 10 years and not more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.